ORIGINAL

1. DARRELL D. DENNIS
Nevada Bar No. 006618
2. E-Mail: dennis@lbbslaw.com
MICHAEL E. TALBOT
3. Nevada Bar No. 003827
E-Mail: talbot@lbbslaw.com
4. LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5. Las Vegas, Nevada 89118
Telephone: (702) 893-3383
6. Facsimile: (702) 893-3789
*Attorneys for Defendant GEICO INDEMNITY*
7. *COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ROY MENCL, individually, | Case No. 2:12-cv-00787-JCM-PAL |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| GEICO INDEMNITY COMPANY, a Maryland Corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff, Joseph Roy Mencl, and Defendant, GEICO Indemnity Company, by and through their respective counsel of record, that the above-entitled action against Defendant shall be dismissed, with

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

4842-9635-0735.1

prejudice, each party to bear its own costs and attorneys' fees.

| GLEN LERNER INJURY ATTORNEYS | LEWIS BRISBOIS BISGAARD & SMITH |
|---|---|
| *[signature]* | *[signature]* |
| JUSTIN G. RANDALL<br>Nevada Bar No. 012476<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorney for Plaintiff*<br>JOSEPH ROY MENCL | DARRELL D. DENNIS<br>Nevada Bar No. 006618<br>MICHAEL E. TALBOT<br>Nevada Bar No. 003827<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant GEICO<br>INDEMNITY COMPANY* |

### ORDER

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action against Defendant is hereby dismissed, with prejudice, each party to bear its own costs and attorney' fees.

Dated June 19, 2012.

*[signature]*
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*[signature]*

DARRELL D. DENNIS
Nevada Bar No. 006618
MICHAEL E. TALBOT
Nevada Bar No. 003827
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO
INDEMNITY COMPANY*