ORIGINAL

1  DARRELL D. DENNIS
   Nevada Bar No. 006618
2  E-Mail: dennis@lbbslaw.com
   MICHAEL E. TALBOT
3  Nevada Bar No. 003827
   E-Mail: talbot@lbbslaw.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: (702) 893-3383
6  Facsimile: (702) 893-3789
   Attorneys for Defendant GEICO INDEMNITY
7  COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ROY MENCL, individually, | Case No. 2:12-cv-00787-JCM-PAL |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| GEICO INDEMNITY COMPANY, a Maryland Corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff, Joseph Roy Mencl, and Defendant, GEICO Indemnity Company, by and through their respective counsel of record, that the above-entitled action against Defendant shall be dismissed, with

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

4842-9635-0735.1

1 | prejudice, each party to bear its own costs and attorneys' fees.

| GLEN LERNER INJURY ATTORNEYS | LEWIS BRISBOIS BISGAARD & SMITH |
|---|---|
| *(signature)* | *(signature)* |
| JUSTIN G. RANDALL | DARRELL D. DENNIS |
| Nevada Bar No. 012476 | Nevada Bar No. 006618 |
| 4795 South Durango Drive | MICHAEL E. TALBOT |
| Las Vegas, Nevada 89147 | Nevada Bar No. 003827 |
| *Attorney for Plaintiff* | 6385 S. Rainbow Blvd., Suite 600 |
| JOSEPH ROY MENCL | Las Vegas, Nevada 89118 |
|  | *Attorneys for Defendant GEICO* |
|  | *INDEMNITY COMPANY* |

### ORDER

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action against Defendant is hereby dismissed, with prejudice, each party to bear its own costs and attorney' fees.

Dated June 19, 2012.

*(signature)*
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*(signature)*

DARRELL D. DENNIS
Nevada Bar No. 006618
MICHAEL E. TALBOT
Nevada Bar No. 003827
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO*
*INDEMNITY COMPANY*

4842-9635-0735.1                          2